**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Anthony Glenn SIMMONS,**
**Defendant–Appellant.**

**No. 09–6038.**

United States Court of Appeals,
Fourth Circuit.

Submitted: June 7, 2010.

Decided: June 22, 2010.

Anthony Glenn Simmons, Appellant Pro Se. Jennifer P. May–Parker, Rudolf A. Renfer, Jr., Assistant United States Attorneys, Raleigh, North Carolina, for Appellee.

Before NIEMEYER, MOTZ, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

**PER CURIAM:**

Anthony Glenn Simmons appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Simmons*, No. 2:93–cr–00008–H–1 (E.D.N.C. Dec. 5, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*